**LAW OFFICES OF GEORDAN GOEBEL**
**Geordan Goebel     [State Bar #149513]**
**Ashley Stander     [State Bar #307562]**
155 Granada Street, Suite M-2
Camarillo, CA 93010-7725
Phone:  (805) 482-7966

Attorneys for Plaintiff
STATE FARM GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, | ) No. 2:17-cv-02353-KJM-DB |
| | ) |
| Plaintiff, | ) **STIPULATION & ORDER FOR** |
| | ) **CONTINUATION OF EXPERT** |
| v. | ) **DISCOVERY** |
| | ) |
| THE KEENEY MANUFACTURING COMPANY, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION

WHEREAS, on February 27, 2018 the Court entered a Status (Pretrial Scheduling) Order, setting October 19, 2018 as the cutoff date for expert discovery;

WHEREAS, the parties' experts are still in the process of completing necessary testing of the evidence;

WHEREAS, the parties have met and conferred regarding expert depositions and agree that such depositions would be premature at this point, due to the outstanding evidence issues;

WHEREAS, the parties stipulate that there is good cause to extend the deadline set forth in the Court's scheduling order;

NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE that the October 19, 2018 expert discovery cutoff be continued to a date 60 or more days in the future, so the parties' experts can complete the necessary testing procedures of the evidence.

1

**IT IS SO STIPULATED.**

DATED:  October 19, 2018                    LAW OFFICES OF GEORDAN GOEBEL


                                            By: */s/Geordan Goebel*
                                                GEORDAN GOEBEL
                                                Attorneys for Plaintiff,
                                                STATE FARM GENERAL INSURANCE CO.


DATED: October 19, 2018                     QUINN & KRONLUND, LLP
                                            SANDERS & PARKS, P.C.


                                            By: */s/ Jeffrey L. Smith*
                                                JEFFREY L. SMITH,
                                                Attorneys for Defendant,
                                                THE KEENEY MANUFACTURING COMPANY



### ORDER


Pursuant to stipulation, IT IS HEREBY ORDERED THAT:

1.  The expert discovery cutoff is extended from October 19, 2018 to **December 18, 2018**.

2.  The remainder of the Pretrial Scheduling Order remains unaffected by this Order.

IT IS SO ORDERED.


Dated:  October 24, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\statefarm2353.stip.sched.ord