Michael C. Kronlund/CA Bar No. 142296
**QUINN & KRONLUND, LLP**
509 W. Weber Avenue, Suite 400
Stockton, CA 95203
Phone: 209.943.3950
Fax: 209.943.3505
E-Mail: mkronlund@quinnlaw.net

Jeffrey L. Smith/AZ Bar No. 023470
ADMITTED PRO HAC VICE
Sanders & Parks, P.C.
3030 N. Third St., Suite 1300
Phoenix, AZ 85012
Phone: 602-532-5686
Fax: 602-230-5032
E-Mail: Jeffrey.Smith@sandersparks.com

Attorneys for Defendant Keeney Manufacturing

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE KEENEY MANUFACTURING COMPANY,<br><br>Defendant. | No. 2:17-cv-02353-KJM-DB<br><br>**SECOND STIPULATION & ORDER FOR CONTINUATION OF EXPERT DISCOVERY DEADLINE** |

### **STIPULATION**

WHEREAS, on February 27, 2018 the Court entered a Status (Pretrial Scheduling) Order, setting October 19, 2018 as the cutoff date for expert discovery;

WHEREAS, on October 24, 2018, the Court entered an Order granting the parties' Stipulation to extend the expert discovery cutoff to December 18, 2018;

////

1

WHEREAS, the parties have agreed to participate in mediation on December 14, 2018 prior to completing expert discovery in an effort to reduce the cost of litigation;

WHEREAS, in light of the scheduled mediation and the parties attempt to reduce the cost of litigation by not completing expert discovery prior to mediation, the parties agreed and stipulate that there is good cause to extend the expert discovery deadline to February 15, 2019.

NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE that the December 18, 2018 expert discovery cutoff be continued to February 15, 2019 so that the parties can complete expert discovery in the event that mediation is unsuccessful.

**RESPECTFULLY SUBMITTED** this 20th day of November, 2018.

**QUINN & KRONLUND, LLP**
**SANDERS & PARKS, P.C.**


By  /s/ Jeffrey L. Smith
Jeffrey L. Smith
Attorneys for the Defendant
THE KEENEY MANUFACTURING COMPANY


**LAW OFFICES OF GEORDAN GOEBEL**


By  /s/ Geordan Goebel
Geordan Goebel
Attorneys for Plaintiff
STATE FARM GENERAL INSURANCE CO.

**ORDER**

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED THAT the expert discovery cutoff is extended from December 18, 2018 to February 15, 2019.[1]

Dated: November 26, 2018

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB/orders/orders.civil/statefarm2353.2nd.stip.sched.ord

---

[1] The parties are reminded that the deadline for the hearing of dispositive motions has passed and that the undersigned cannot change that deadline. (ECF No. 18 at 4.)

3